NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

THOMAS P. O'BRIEN
United States Attorney
GEORGE S. CARDONA (Cal. Bar No. 135439)
Chief Assistant United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
    United States Courthouse
    312 North Spring Street, 12th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-8323
    Facsimile: (213) 894-2535
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 96-249-R |
|     Plaintiff, | ) ORDER RE: REDUCTION OF SENTENCE ) PURSUANT TO 18 U.S.C. § |
|     v. | ) 3582(C)(2) FOR DEFENDANT ) CHRISTOPHER ROWLES |
| CHRISTOPHER ROWLES, | ) |
|     Defendant. | ) |

    IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (as effective March 3, 2008), and after consideration of the factors set forth in 18 U.S.C. § 3553(a), including considerations of public safety and the nature of defendant's post-sentencing conduct, that defendant's sentence of imprisonment shall be reduced from 200 months to 160 months. If this sentence exceeds the amount of time the defendant has already served, the sentence is reduced to a time served sentence. All other terms of the sentence originally imposed on defendant shall remain the same.

    IT IS FURTHER ORDERED that the reduction in defendant's sentence shall not become effective until March 3, 2008, though

1  it is recommended that the Bureau of Prisons prepare a sentence
2  computation in advance of March 3, 2008, so that it is prepared
3  to release defendant immediately on March 3, 2008, if defendant
4  has earned sufficient time credit to justify immediate release.
5      IT IS FURTHER ORDERED that this order shall be void and
6  without effect if, at any time prior to defendant's release, either
7  the Sentencing Commission or Congress takes action that renders
8  Amendment 706 to the sentencing guidelines no longer retroactive in
9  application.  The defendant is to be released forthwith.
10
11 DATED: March 21, 2008       _____
                                HON. MANUEL L. REAL
12                              United States District Judge
13
14 Presented by:
15
16 _____
   George S. Cardona
17 Chief Assistant United States Attorney
        Attorney for Plaintiff
18        United States of America